UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CARROLL INDEPENDENT FUEL, LLC    :
      Plaintiff,    :
          :
      v.    :    No. 5:23-cv-1631
          :
RAJI, INC, *et al.*,    :
      Defendants.    :
_____

**O R D E R**

**AND NOW**, this 3rd day of July, 2023, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

Plaintiff's Motion for Preliminary Injunction, ECF No. 10, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge